**Marvin Vernis SMITH, Petitioner–
Appellee,**

v.

**Raul LOPEZ, Warden, Respondent–
Appellant.**

**No. 12–55860.**

United States Court of Appeals,
Ninth Circuit.

Aug. 21, 2015.

Dennis P. Riordan, Donald M. Horgan, Riordan & Horgan, San Francisco, CA, for Petitioner–Appellee.

Robin Helene Urbanski, Esquire, AGCA–Office of the Attorney General, San Diego, CA, for Respondent–Appellant.

Before: SIDNEY R. THOMAS, Chief Judge, ANDREW D. HURWITZ, Circuit Judge, and RALPH R. BEISTLINE,* Chief District Judge.

**ORDER**

In accordance with the Opinion of the Supreme Court in *Lopez v. Smith*, 574

---

* The Honorable Ralph R. Beistline, Chief District Judge for the U.S. District Court for the

U.S. ——, 135 S.Ct. 1, 190 L.Ed.2d 1 (2014) (per curiam), the judgment of the district court granting Smith's petition for a writ of habeas corpus is **REVERSED,** and the matter is **REMANDED** for proceedings consistent with the Supreme Court's opinion.

District of Alaska, sitting by designation.